UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00230-BLW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RODOLFO ANTONIO ORTEGA, | |
| Defendant. | |

The Court has before it Defendant's Motion to Continue Trial (Dkt. 16). Defense counsel explains that lead defense counsel is undergoing medical treatment and cannot adequately prepare for trial. He needs additional time to undergo his treatment and prepare for trial. The Government does not oppose the motion.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . Continuity of counsel . . . or . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on May

11, 2015 at 1:30 p.m. at the United States Courthouse in Boise, Idaho. The Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 16) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **May 11, 2015 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **April 30, 2015 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **April 13, 2015**.

DATED: **March 16, 2015**

B. LYNN WINMILL
Chief U.S. District Court Judge